In the Matter of JOSEPH KEENAN, Appellant, against WALTER B. MARTIN, as Warden, et al., Constituting the Prison Board at Clinton Prison, Dannemora, N .Y., Respondents.

Submitted June 18, 1943; decided July 20, 1943.

*Joseph Keenan,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Robert C. Booth* and *Patrick H. Clune* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.